IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _/?g_ D.C.

05 DEC 14 PM 4: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

SHARON RAMSEY,

     Plaintiff,

v.                                                      No. 05-2378 B

DELTA AIR LINES, INC.,

     Defendant.

---

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
## FOR FAILURE TO PROSECUTE

---

According to the docket in this matter, the complaint of the Plaintiff, Sharon Ramsey, who

is represented by counsel, was filed on May 20, 2005. Summons was issued and returned executed

on September 20, 2005. Although the answer of the Defendant, Delta Air Lines, Inc., was due on

October 5, 2005, no such filing has been made. Moreover, the Plaintiff has failed to seek default

judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure. Thus, as it appears the

Plaintiff has chosen not to pursue this case, she is hereby directed to show cause, within fifteen (15)

days of the entry of this order, why her complaint should not be dismissed without prejudice for

failure to prosecute in accordance with Fed. R. Civ. P. 41.

IT IS SO ORDERED this _14_ day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12-15-05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02378 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT